UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80093-Cr-HURLEY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TERRY HURLBERT,

        Defendant.   /



FILED by _____ D.C.
OCT - 5 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court on October 5, 2011, for a final hearing on the Petition on alleged violation of supervised release. The defendant is charged with violation of his supervised release:

1. Violation of Mandatory Condition, by unlawfully possessing or using a controlled substance.

On August 19, and August 23, 2011, the defendant submitted urine specimens which tested positive for the presence of marijuana in our local laboratory; and were subsequently confirmed positive by Alere Toxicology Services, Inc.

2. Violation of Mandatory Condition, by failing to satisfy the court-ordered assessment fee.

On January 26, 2007, a $100.00 assessment fee was imposed and the defendant has failed to satisfy this financial obligation as ordered.

3. Violation of Special Condition, by failing to participate in the Compass Outpatient Drug Program.

On May 18, June 8, and June 15, 2011, the defendant failed to attend his scheduled group sessions with Compass Programs, Inc., as directed.

4. Violation of Special Condition, by failing to participate in the Compass Outpatient Drug Program.

On September 9, 2011, the defendant failed to participate in his scheduled individual session with Compass Programs, Inc., as directed.

5. Violation of Special Condition, by failing to maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days.

Since April 12, 2011, the defendant has failed to maintain full-time legitimate employment, and he has been unemployed for a term of more than 30 days.

The Defendant consulted with counsel and admitted to violating the conditions of supervised release. The Court found that the Defendant voluntarily and knowingly admitted to the violation of his supervised release. Based upon this finding, this Court recommends to the District Court that TERRY HURLBERT be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B) and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T.K. Hurley, United States District Court Judge within

fourteen (14) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 5th day of October, 2011.

*Linnea R. Johnson*
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

c:  The Honorable Daniel T.K. Hurley
    Emalyn Webber, AUSA
    Robert Adler, AFPD
    Diane Acquaviva, USPO